**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ANTONIO NATHANIEL CHANDLER,**<br>***Plaintiff,***<br><br>**v.**<br><br>**TRANSUNION LLC,**<br>***Defendant.*** | **Civil No. 25-3472** |

## ORDER

**AND NOW**, this 3rd day of November, 2026, upon consideration of Defendant's Motion to Dismiss for Failure to Prosecute (ECF No. 35), it is hereby **ORDERED** that Plaintiff's Amended Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

MARY KAY COSTELLO, J.